| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF NEVADA | | |
| Case number *(if known)* | Chapter | **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Solar Exclusive, LLC** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | DBA  Moldremovalexclusive.com <br> DBA  Windowsexclusive.com <br> DBA  Turfexclusive.com <br> DBA  Kitchenbathexclusive.com <br> DBA  Homeproexclusive.com <br> DBA  exclusiveads.ai <br> DBA  coatingexclusive.com <br> FDBA  Leadgen Marketing & Design, LLC |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-5248749** |
| 4. | Debtor's address | **Principal place of business** <br><br> **9550 S. Eastern Ave., Ste. 253** <br> **Las Vegas, NV 89123** <br> Number, Street, City, State & ZIP Code <br><br> **Clark** <br> County | **Mailing address, if different from principal place of business** <br><br> **8025 Dark Hollow Place** <br> **Las Vegas, NV 89117** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **https://solarexclusive.com/** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor **Solar Exclusive, LLC**  
     Name

Case number (*if known*) _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. Check **all** that apply:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   - ■ No.
   - ☐ Yes.

   | | | | | | |
   |---|---|---|---|---|---|
   | District | _____ | When | _____ | Case number | _____ |
   | District | _____ | When | _____ | Case number | _____ |

| Debtor | Solar Exclusive, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | |
| | | Case number, if known | |

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **Solar Exclusive, LLC**
Name

Case number (*if known*)

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Solar Exclusive, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 21, 2025**
MM / DD / YYYY

X _____   **Richard J. Feola**
Signature of authorized representative of debtor    Printed name

Title  **Managing Member**

---

**18. Signature of attorney**

X   **/s/ Matthew C. Zirzow, Esq.**        Date  **February 21, 2025**
Signature of attorney for debtor                     MM / DD / YYYY

**Matthew C. Zirzow 7222**
Printed name

**Larson & Zirzow, LLC**
Firm name

**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone  **702-382-1170**    Email address  **mzirzow@lzlawnv.com**

**7222 NV**
Bar number and State

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 5

# ACTION BY UNANIMOUS WRITTEN CONSENT OF THE MANAGING MEMBERS OF SOLAR EXCLUSIVE, LLC, a Nevada limited liability company

The undersigned, being the managing members of Solar Exclusive, LLC, a Nevada limited liability company (the "Company"), and being authorized to so act in accordance with the Company's Operating Agreement and applicable state law, hereby approves and adopts the following resolutions effective as of February 19, 2025:

WHEREAS, the Company, having determined that in its judgment, and upon the advice of counsel, that it is desirable and in the best interests of the Company and its creditors and other interested parties, as applicable, that a voluntary petition for relief be filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

BE IT THEREFORE RESOLVED, the Company shall file a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the U.S. Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") and take all steps necessary thereto, and the Company is authorized to employ LARSON & ZIRZOW, LLC to represent it in the proceeding as bankruptcy counsel.

BE IT FURTHER RESOLVED, that Richard J. Feola (the "Authorized Person") shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a petition, schedules, and any amendments thereto under chapter 11 of the Bankruptcy Code, and to cause the same to be filed with the Bankruptcy Court as soon as he shall determine, and take all other reasonable steps thereafter in such bankruptcy case.

BE IT FURTHER RESOLVED, that the Authorized Person shall be designated as the responsible person in the Company's bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case.

BE IT FURTHER RESOLVED that any and all past actions taken by the Authorized Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned, hereby approves the foregoing effective as of the date set forth above.

SOLAR EXCLUSIVE, LLC,
a Nevada limited liability company:

By: _/s/ Richard J. Feola_____
Richard J. Feola, Managing Member

By: _/s/ Shawna Feola_____
Shawna Feola, Managing Member

1

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Solar Exclusive, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 21, 2025**    X _/s/ (Signed by: 918E593005A7459)_
Signature of individual signing on behalf of debtor

**Richard J. Feola**
Printed name

**Managing Member**
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name: **Solar Exclusive, LLC**
United States Bankruptcy Court for the: **DISTRICT OF NEVADA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Capital One<br>Attn: Bankruptcy Dept. / Managing Agent<br>PO Box 30281<br>Salt Lake City, UT 84130 | | Credit Card | | | | $270,293.92 |
| Active Prospect<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 151136<br>Austin, TX 78715-1146 | | Services | | | | $7,530.60 |
| Chargeback Gurus<br>Attn: Bankruptcy Dept/Managing Agent<br>5601 Democracy Dr., Ste. 195<br>Plano, TX 75024 | | Services-credit card chargeback | | | | $5,640.53 |
| Metrographics<br>Attn: Bankruptcy Dept/Managing Agent<br>311 Route 46 W. Fairfield<br>Fairfield, NJ 07004 | | Services | | | | $5,000.00 |

Debtor **Solar Exclusive, LLC**　　　　　　　　　　　　　　　　　　Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Splace** **Attn: Bankruptcy Dept/Managing Agent** **5th Flr Alyvea Bldg.** **Sta Ana Ave.** **Corner Leon Ma,** **Leon M. Guerrero St.** **Davao City** **Phillipines** | | Services | | | | $3,100.00 |
| **Debt Consultants Group, Inc.** **Attn: Bankruptcy Dept/Managing Agent** **150 SE 2nd Ave., Ste. 503** **Miami, FL 33131** | | Services | Disputed | | | Unknown |
| **Intelligent Office** **Attn: Bankruptcy Dept/Managing Agent** **9950 S. Eastern Ave., Ste. 253** **Las Vegas, NV 89123** | | Services-Remote reception | | | | Unknown |

Official form 204　　　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims　　　　　page 2

# United States Bankruptcy Court
## District of Nevada

In re  **Solar Exclusive, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 21, 2025**

Signed by:  
918E593005A7459...  
**Richard J. Feola**/**Managing Member**  
Signer/Title

Solar Exclusive, LLC
8025 Dark Hollow Place
Las Vegas, NV 89117

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Social Security Administration
Office of the General Counsel
Office of Program Lit. Attn: Bankrup
6401 Security Blvd.
Baltimore, MD 21235

U.S. Small Business Administration
Attn: Bankruptcy Dept/Managing Agent
409 3rd St., SW
Washington, DC 20416

Nevada Dept. of Taxation
Attn: Bankruptcy Section
700 E. Warm Spring Rd. Ste 200
Las Vegas, NV 89119

Active Prospect
Attn: Bankruptcy Dept/Managing Age
P.O. Box 151136
Austin, TX 78715-1146

Capital One
Attn: Bankruptcy Dept. / Managing Agent
PO Box 30281
Salt Lake City, UT 84130

Chargeback Gurus
Attn: Bankruptcy Dept/Managing Agent
5601 Democracy Dr., Ste. 195
Plano, TX 75024

Debt Consultants Group, Inc.
Attn: Geoffrey Batsiyan, President
150 SE 2nd Ave., Ste. 503
Miami, FL 33131

Intelligent Office
Attn: Bankruptcy Dept/Managing Agent
9950 S. Eastern Ave., Ste. 253
Las Vegas, NV 89123

JPMorgan Chase Bank, N.A.
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 6026 IL1-1145
Chicago, IL 60680-6026

Kalamata Capital Group
Attn: Bankruptcy Dept/Managing Age
1 Blue Hill Plaza
Lobby Level #1509
Pearl River, NY 10965

Metrographics
Attn: Bankruptcy Dept/Managing Agent
311 Route 46 W. Fairfield
Fairfield, NJ 07004

RDM Capital Funding LLC
dba FinTap
777 Passaic Ave., Ste. 375
Clifton, NJ 07012

Shine Bright Solar LLC
Attn: Tore Grasso, Managing Membe
10622 Blue Larkspur Ct.
Las Vegas, NV 89141

Splace
Attn: Bankruptcy Dept/Managing Agent
5th Flr Alyvea Bldg. Sta Ana Ave.
Corner Leon Ma, Leon M. Guerrero St.
Davao City Phillipines

Swift Funding Source Inc.
c/o Ershowsky Verstandig PLLC
Attn: Joseph S. Jacobs Esq.
290 Central Ave., Suite 109
Lawrence, NY 11559

Takos Law Group, Ltd.
Attn: Zachary Takos, Esq.
10785 W. Twain Ave., Suite 224
Las Vegas, NV 89135

Velocity Capital Group LLC
Attn: Bankruptcy Dept/Managing Agent
333 Pearsall Ave.
Cedarhurst, NY 11516

Andrew Allred
991 S. 67th Street
Springfield, OR 97478

Chase Kellermann
300 Torrey Point Court
Las Vegas, NV 89145

Citizens Bank, N.A.
Attn: Bankruptcy Dept. / Managing Agent
One Citizens Plaza
Providence, RI 02903

Debt Consultants Group, Inc.
Attn: Bankruptcy Dept/Managing Agent
150 SE 2nd Ave., Ste. 503
Miami, FL 33131

DocuSign, Inc.
Attn: Bankruptcy Dept/Managing Age
221 Main Street, Suite 1550
San Francisco, CA 94105

Get It Dunn Enterprises, LLC
Attn: Eric Dunn
2228 E. Bryan Circle
Salt Lake City, UT 84108

International Risk Mitigation, LLC
dba Chargeback Gurus
Attn: Bankruptcy Dept/Managing Agent
5601 Democracy Dr., Ste. 195
Plano, TX 75024

ISO dba Maverick BankCard, Inc.
Attn: Bankruptcy Dept/Managing Age
26520 Agoura Road
1st Floor
Calabasas, CA 91302

Jerid Ladson
2511 SW Lagito Court
Topeka, KS 66614

Kalamata Capital Group, LLC

National Funding, Inc.
Attn: Bankruptcy Dept/Managing Age
4380 La Jolla Village Drive
San Diego, CA 92122

RDM Capital Funding LLC
dba FinTap
777 Passaic Ave. Ste. 375
Clifton, NJ 07012

Specialty Capital, LLC
Attn: Bankruptcy Dept/Managing Agent
60 Cuttermill Rd., Ste. 512
Great Neck, NY 11021

Stripe, Inc.
Attn: Bankruptcy Dept/Managing Age
354 Oyster Point Blvd.
South San Francisco, CA 94080

Swift Funding Source Inc.
c/o Joseph S. Jacobs Esq.
290 Central Ave. Suite 109
Lawrence, NY 11559

T-Port Holdings, LLC
Attn: Travis Porter
30 N. Gould St., Ste. R
Sheridan, WY 82801

TCB Pay
Attn: Bankruptcy Dept/Managing Age
433 Plaza Real, Ste. 275
Boca Raton, FL 33432

The Hartford
Business Service Center
3600 Wiseman Blvd.
San Antonio, TX 78251

ASSN Company
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 2576
Springfield, IL 62708

CS As Representative
Attn: Bankruptcy Dept/Managing Age
P.O. Box 2576
Springfield, IL 62708

Debt Consultants Group
Attn: Geoffrey Batsiyan, President
44 Flagler St., Suite 1875
Miami, FL 33130

JPMorgan Chase Bank, N.A.
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203

Kalamata Capital Group, LLC
c/o Berkovitch & Bouskila PLLC
Attn: Ariel Bouskila, Esq.
1545 U.S. Route 202, Suite 101
Pomona, NY 10970

Kalamata Capital Group, LLC
c/o Corporation Serv. Co.,
as Registered Agent
80 State St.
Albany, NY 12207

Kalamata Capital Group, LLC
c/o New York Dep't of State
One Commerce Plaza, 6th Floor
99 Washington Ave.
Albany, NY 12231

RDM Capital Funding, LLC
c/o Interstate Agent Services, LLC,
as Registered Agent
2071 FLatbush Ave., Suite 166
Brooklyn, NY 11234

Swift Funding Source Inc.
Attn: Avraham Danino, CEO
1019 Avenue P, Ste. 605
Brooklyn, NY 11223

Swift Funding Source, Inc.
Attn: Avraham Danino, CEO
2474 McDonald Ave.
Brooklyn, NY 11233

Swift Funding Source, Inc.
c/o New York Dep't of State
One Commerce Plaza, 6th Floor
99 Washington Avenue
Albany, NY 12231

U.S. Small Business Administration
Attn: Office of Legal Counel
312 N. Spring St., Fifth Floor
Los Angeles, CA 90012

Velocity Capital Group, LLC
c/o New York Dep't of State
One Commerce Plaza, 6th Floor
99 Washington Ave.
Albany, NY 12231

Velocity Capital Group, LLC
c/o The LLC, as Registered Agent
91 Carmen Ave., Suite 400
Cedarhurst, NY 11516

Velocity Capital Group, LLC
c/o Wein Law Firm
Attn: Nathan Wein, Esq.
333 Pearsall Ave., Suite 130
Cedarhurst, NY 11516